

# NUMBER 13-18-00607-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

## EX PARTE FABIAN GARCIA

---

**On appeal from the 206th District Court
of Hidalgo County, Texas.**

---

# ORDER

**Before Chief Justice Contreras and Justices Longoria and Hinojosa
Order Per Curiam**

Appellant's brief was originally due on December 21, 2018. On January 17, 2019, current counsel made an appearance in the case and was then granted an extension of time to file a brief until March 21, 2019. The Court has considered several subsequent motions for extension, including on December 23, 2019, when appellate counsel cited a missing exhibit as the cause for delay. On January 6, 2020, the record was supplemented with the exhibit at issue and a subsequent order granting an extension with the new

deadline on February 21, 2020. To date, the Court has yet to receive appellant's brief. On March 2, 2020, the Court abated for further findings from the trial court, and on March 18, 2020 the Court received the supplemental record containing such findings.

The Court, having fully examined and considered the extensions previously granted in this cause, the supplemental record, and this Court's previous orders is of the opinion that the case should be reinstated, and appellant's brief shall be due May 4, 2020.

IT IS THEREFORE ORDERED that the Honorable Joseph Connors, counsel for appellant, file the appellate brief with this Court on or before 5:00 p.m. on May 4, 2020. If the Honorable Joseph Connors fails to file the appellate brief with this Court on or before 5:00 p.m. on May 4, 2020, then the Honorable Joseph Connors is ORDERED to make arrangements, with the Clerk of the Court, to appear via telephone on May 5, 2020 at 9:00 a.m., to show cause why he should not be held in contempt of court.

The Honorable Joseph Connors is admonished, absent further exigent circumstances, this Court may find counsel in contempt for failing to follow its orders.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
6th day of April, 2020.